**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| In Re: | Case No: 05-50074 |
| JAMES T VALLANCE | |
| TERESA R VALLANCE | Judge: C KATHRYN PRESTON |
| 186 GREENBRIER RD | |
| SUNBURY, OH 43074 | |

SSN(S): XXX-XX-8059
XXX-XX-0394

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated: September 27, 2010    /s/ Frank M. Pees
Frank M. Pees
Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| RECOVERY ONE LLC | 25.49 |
| 5100 PARKCENTER AVE STE 103 | |
| DUBLIN, OH 43017 | |